EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Comité para el Estudio de la Asignación de Abogados y Abogadas de Oficio | 2004 TSPR 156 162 DPR \_\_\_\_ |

Número del Caso: EN-2004-6

Fecha: 28 de septiembre de 2004

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | | |
|---|---|---|
| Comité para el Estudio de la Asignación de Abogados y Abogadas de Oficio | EN-2004-6 | Sustitución del Presidente del Colegio de Abogados como Miembro del Comité |

RESOLUCION

San Juan, Puerto Rico, a 28 de septiembre de 2004.

Se enmienda la Resolución EM-2004-1 del Tribunal Supremo de 28 de enero de 2004, a los efectos de sustituir al Lcdo. Carlos Mondríguez Torres por el Lcdo. Julio Fontanet Maldonado, actual Presidente del Ilustre Colegio de Abogados de Puerto Rico. El Tribunal le agradece al Lcdo. Mondríguez sus aportaciones y colaboración en los trabajos de este Comité.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Patricia Otón Olivieri
Secretaria del Tribunal Supremo